Respondents, Smith, Wrenn and Burman, in cases No. 73-257-M.P. and No. 73-271-M.P. to file their brief on or before January 25, 1974.

Joint petitions assigned for hearing at the February 1974 session. Roberts, C. J., not participating. *Roberts & Willey Incorporated, Dennis J. Roberts II, Bruce G. Tucker,* for Rhode Island Consumers' Council. *Edwards & Angell, Edward F. Hindle, Knight Edwards, Deming E. Sherman,* for The Narragansett Electric Company. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for respondents.

## December 5, 1973.

M. P. No. 73-189. ELISE F. PANSEY *v.* ROY H. PANSEY. Order entered on November 27, 1973, amended to read as follows:

> The papers herein are ordered transmitted to the Clerk of the Family Court for the limited purpose of granting petitioner-appellee, Elise F. Pansey, a hearing on her motion for a counsel fee, and upon termination of the hearing the papers are to be returned forthwith to the Clerk of this court. Except for the aforementioned limitation, the stay previously entered in this court shall remain in effect.

*Kenneth J. Macksoud,* for petitioner-appellee. *Edmond A. DiSandro,* for respondent-appellant.

## December 13, 1973.

M. P. No. 73-221. IMPERIAL ELECTRIC Co., INC. *v.* ALVARO FREDA *et al.* Petition for writ of certiorari denied. *Zimmerman, Roszkowski & Brenner, Irving I. Zimmerman,* for petitioner. *James M. Shannahan,* for members of Zoning Board of Review

of Cumberland; *Frank O. Lind, Jr.*, for Thad J. Fronzak and Helen S. Fronzak, for respondents.

M. P. No. 73-276. STATE *v.* GENNARO D'AMICO. Motion to vacate sentence and to remand to Superior Court denied. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for plaintiff-respondent. *William F. Reilly*, Public Defender, *Allegra E. Munson*, Asst. Public Defender, for defendant-petitioner.

M. P. No. 73-302. LEO DESROCHES *v.* STATE. Pro se petition for writ of prohibition denied as moot. Pro se petition for writ of mandamus denied as moot. *Leo Desroches*, petitioner, pro se. *Richard J. Israel* Attorney General, *Donald P. Ryan*, Asst. Attorney General, for respondent.

Ex. &c. 1566. STATE *v.* MAURICE LERNER. Inasmuch as the rules of Supreme Court make no provision, express or implied, for amendment of a petition for reargument following a denial of reargument, defendant's motion to amend memorandum in support of the petition for reargument denied. Powers, J., although retired, participated in the order. Paolino, Joslin and Doris, JJ., not participating. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for plaintiff. *Ronald J. Chisholm*, Medford, Mass., for defendant.

C. A. No. 1879. STATE *v.* GENNARO J. TRIVISONNO. Motion for attorney's fee and costs, pursuant to G. L. 1956 (1969 Reenactment) §9-24-32, granted, and petitioners awarded the sum of $1,500 for services rendered on behalf of the defendant in Supreme Court. Kelleher, J., not participating. *Richard J. Israel*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for plaintiff. *Kelly, Kelleher & Butterfield, Charles Butterfield, Jr., John E. Fuyat*, for defendant.